■ JACK M. BERK, Respondent, v ANTHONY M. VENTURA, Appellant. [720 NYS2d 77] —Motion by the respondent to dismiss an appeal from an order of the Supreme Court, Richmond County, dated July 14, 1999, on the ground that the appeal is academic.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied (*see,* CPLR 5523). Bracken, J. P., Altman, Friedmann and Krausman, JJ., concur.

■ BMW NY, INC., Appellant, v BMW OF NORTH AMERICA, INC., et al., Respondents. [718 NYS2d 604] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Gowan, J.), dated December 7, 1999.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gowan at the Supreme Court. Florio, J. P., McGinity, Luciano and Feuerstein, JJ., concur.